## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

KENNETH R. PITTS                                                    PLAINTIFF
ADC # 085938

v.                      No. 4:21-CV-203-LPR-JTR

GREG SHILLING, Lieutenant,
Cummins Unit, Arkansas Division of Correction, *et al.*          DEFENDANTS

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.[1] Plaintiff's case is dismissed, without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 28th day of June, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court wishes to make plain what is implicit in the Recommended Disposition. In addition to the one-time incident on February 6, 2021 not satisfying the imminent danger exception, none of the various claims made by Mr. Pitts in his complaint satisfy the imminent danger exception.