# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

KENNETH R. PITTS　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
#07934-20

v.　　　　　　　　　No. 4:21-CV-203-LPR-JTR

GREG SHILLING, Lieutenant,
Cummins Unit, Arkansas Division of Correction, *et al.*　　　　　　DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that this case is dismissed, without prejudice. The requested relief is denied.

DATED this 28th day of June, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE